MARK P. BAKER AND ALICE C. BAKER, HUSBAND AND WIFE, APPELLANTS, *v.* VAN E. ELLIOTT AND ARRAHWANNA ELLIOTT, HUSBAND AND WIFE, RESPONDENTS.

No. 7012

June 15, 1973                                                510 P.2d 869

*Franklin & Bartley,* of Las Vegas, for Appellants.

*George Rudiak, Chartered,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

"Findings of fact shall not be set aside unless clearly erroneous." NRCP 52(a).

Affirmed.